AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CARLOS HUMBERTO FRAIJO<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  21-8431-BER

FILED BY _____ **TM** _____ D.C.

**Nov 5, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ See below _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(A) | Distribution of 50 grams or more of methamphetamine (actual) on May 21, 2021 and June 19, 2021 |
| 21 U.S.C. 841(a)(1) & (b)(1)(A) & (b)(1)(B) | Attempted distribution of 50 grams or more of methamphetamine (actual), and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl on July 21, 2021 |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Task Force Officer

_____ DEA Special Agent Michelle Romagnoli _____
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: _____ November 5, 2021 _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____

_____ Bruce E. Reinhart, U.S. Magistrate Judge _____
*Printed name and title*

## AFFIDAVIT

I, Michelle Romagnoli, a Task Force Officer with the United States Drug Enforcement Administration (DEA), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

### BACKGROUND OF THE AFFIANT

1.      I am a deputized task force officer with the DEA since November 2017. As such, I am a "law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1).   I have received training on the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, distribution, transportation and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds.

2.      Prior to my assignment with the DEA, and since May 2000, I have been employed as a Deputy Sheriff by the Palm Beach County Sheriff's Office (PBSO). Over the course of my career, I have conducted numerous investigations into the possession, sale, delivery, and trafficking of illegal narcotics and other controlled substances. I have acted in an undercover capacity on approximately one hundred occasions to purchase narcotics from street-level dealers and conducted physical and wire surveillance. I have also executed numerous arrest and search warrants.

### PURPOSE OF THIS AFFIDAVIT

3.      The information in this affidavit is based on my own personal knowledge as well as information imparted to me from other law enforcement officers and agents. The limited

1

purpose of this affidavit is to establish probable cause for the arrest of Carlos Humberto FRAIJO ("FRAIJO") for having committed the criminal offenses of distribution of 50 grams or more of methamphetamine (actual) on or about May 21, 2021, and June 19, 2021, and attempted distribution of 50 grams or more of methamphetamine (actual) and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl on July 21, 2021, all in violation of Title 21, United States Code, Section 841(a)(1).  Accordingly, this affidavit does not set forth every fact that is known to me, or other officers, regarding FRAIJO.

## BACKGROUND

4.      In April 2021, agents from the West Palm Beach District Office of the DEA, the Federal Bureau of Investigation (FBI), the United States Postal Inspection Service (USPIS) and the PBSO initiated an investigation into the drug trafficking activities of Carlos Humberto FRAIJO.  The investigation revealed that FRAIJO, who lives in Phoenix, Arizona, is a source of supply for crystal methamphetamine and fentanyl pills.  FRAIJO utilizes the United States Postal Service to distribute these substances to various states within the United States, to include Florida and New York.

5.      As part of the initial investigation, agents obtained information and cooperation from a PBSO confidential source ("CS").[1]  More specifically, on April 27, 2021, agents met with the CS who advised that he had recently spoken with FRAIJO at telephone number (602) 394-

---

[1] In February 2021, the CS was detained by agents from the U.S. Customs and Border Protection and PBSO and was found to be in possession of cocaine and marijuana.  The CS is cooperating with law enforcement in hopes of mitigating his sentence for the pending criminal charges against him.  Since February 2021, the CS has assisted in law enforcement investigations, separate from the one described herein.  The CS has been found to be credible and reliable.  For ease of reference, the CS shall be referred to herein as a male, even though this may not reflect the CS's true gender.

XXXX[2] and that FRAIJO had represented to the CS that he (FRAIJO) could supply the CS with quantities of crystal methamphetamine, cocaine and "M-30" pills. During the meeting with the CS on this day, the CS provided agents with a physical description of FRAIJO and provided agents with pictures of FRAIJO from a social media account. The CS advised the M-30 pills, which FRAIJO referred to as "blues," have the appearance of Roxicodone or oxycodone; however, the CS believes the pills are pressed pills which actually contain fentanyl. During the CS's recent discussions with FRAIJO, FRAIJO represented that he (FRAIJO) would sell the pills to the CS at a cost of $5.00 United States currency (USC) per pill and that he (FRAIJO) was prepared to send the CS 1,000 pills whenever the CS was ready. The CS advised that in the past, FRAIJO mailed the CS illegal substances through the United States Postal Service (USPS) and would expect payment from the CS once the CS received the substance.

6.      Based on this information, agents directed the CS to initiate a discussion with FRAIJO to coordinate the purchase of one pound of crystal methamphetamine. During a series of monitored and recorded text messages and telephone calls exchanged between the CS and FRAIJO at telephone number (602) 394-XXXX, FRAIJO agreed to sell the CS one pound of crystal methamphetamine in exchange for $3,000. The parties also agreed that the CS would send payment of $500 to FRAIJO through the USPS and send the remaining $2,500 to FRAIJO electronically through Zelle.[3] On this same day, agents provided the CS with $2,500 derived from the USPS investigative fund. Under the supervision of agents, the CS sent the funds to FRAIJO

---

[2] Records obtained through administrative subpoena from T-Mobile, TRACFONE and Cox Communications collectively revealed telephone number (602) 394-XXXX is subscribed to Carlos FRAIJO. The phone number is partially redacted for privacy purposes.

[3] Zelle is a mobile payment application that allows customer to customer money transfers from one bank account to another, across same or varying banking institutions. To initiate a transfer, the sender only needs the telephone number or email address of the recipient and the transfer of funds occurs in a matter of minutes.

utilizing Zelle.  On this same day, agents packaged $500 also derived from the USPS investigative fund, into a USPS Flat Rate Envelope, label # 9505 5155 9206 1137 3540 13 and mailed it to FRAIJO's residence at XXXX N. 69th Ave, Unit #59, Phoenix, AZ 85033, which was the address provided to the CS by FRAIJO during a text message exchange.  On May 17, 2021 and May 18, 2021, the CS received two separate incoming text messages from telephone number (602) 394-XXXX, which contained a screenshot of the confirmation that he (FRAIJO) had received the funds sent by the CS through Zelle. Additionally, on May 19, 2021, the CS received an incoming text message from telephone number (602) 394-XXXX utilized by FRAIJO, which contained a photograph of the Flat Rate Envelope with label # 9505 5155 9206 1137 3540 13, indicating that FRAIJO had also received the USPS package sent by agents, which contained the $500 of investigative funds.  Review of USPS business records revealed a number of unique devices or individuals queried the delivery status of the USPS parcel with label tracking number of 9505 5155 9206 1137 3540 13 on multiple dates and times. According to subpoenaed records obtained from Cox Communications and T-Mobile, an IP address that was used to track the parcel with label tracking number 9206 1137 3540 13  was assigned to the customer account of FRAIJO.

7.      On May 20, 2021 at approximately 11:21 a.m., the CS sent a text message to telephone number (602) 394-XXXX, utilized by FRAIJO, to provide FRAIJO with the address where he (FRAIJO) was to send the CS the one pound of crystal methamphetamine.  At 11:46 a.m., the CS received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which contained a photo of a USPS receipt which displayed the label tracking number of EJ773716201US, and scheduled delivery date of May 21, 2021.   Based upon recorded and monitored telephone calls and text messages exchanged between the CS and FRAIJO leading up to this date, agents believed the parcel with the above referenced label number would contain one

4

pound of crystal methamphetamine. As part of this investigation, postal inspectors determined the parcel (label tracking number of EJ773716201US) was sent from the United States Post Office (USPO) located at 4415 N. Maryvale Parkway, Phoenix, Arizona. Postal Inspectors recovered photographs of a male believed to be FRAIJO at the USPO on this day as he mailed the above referenced parcel. It should be noted that the male believed to be FRAIJO was wearing a face covering/mask which covered the lower half of his face. The photographs were downloaded and preserved as evidence.

8. On **May 21, 2021**, Postal Inspectors in West Palm Beach, Southern District of Florida, seized the USPS parcel with label tracking number of EJ773716201US. Upon opening the parcel, agents discovered a black vacuum sealed type bag which further contained a clear plastic bag with several pieces of a hard, off white crystalline substance, which field tested positive for methamphetamine. The crystal methamphetamine recovered by agents on this day was sent to the DEA Southeast Laboratory for analysis and was determined to be **methamphetamine hydrochloride with a net weight of approximately 448.8 grams and a purity of approximately 98%, resulting in 439.04 grams of methamphetamine (actual).**

9. In furtherance of the investigation, Postal Inspectors marked the parcel as delivered within the USPS system. On the same date at approximately 1:29 p.m., the CS received an incoming text message form telephone number (602) 394-XXXX, utilized by FRAIJO, which contained a photograph showing the delivery confirmation of the parcel. At the direction of agents, the CS sent a text message to FRAIJO to acknowledge that he (the CS) had received the package.

10. Following the seizure of this parcel and at the direction of agents, the CS maintained contact with FRAIJO through the exchange of text messages at telephone number (603) 294-XXXX. On May 23, 2021, the CS received a text message from FRAIJO which read in part,

"Getting some stuff ready for New York, they just send 3500 for more blues." Through a search of USPS records, Postal Inspectors determined that on May 29, 2021, a male, believed to be FRAIJO based on his physical appearance, entered the USPO located at 4415 N. Maryvale Parkway, Phoenix, AZ and mailed a USPS parcel with label tracking number 9505 5118 0514 1149 5185 97 to Jessica Adams at 289 Park Ave, Williston Park, NY 11596-1137. It should be noted that the male believed to be FRAIJO was wearing a face covering/mask which covered the lower half of his face; however, the male believed to be FRAIJO was wearing dark framed glasses similar to those worn by the male believed to be FRAIJO who mailed a USPS parcel to the CS on May 20, 2021, and which was found to contain methamphetamine. USPS Inspectors recovered photographs of the male believed to be FRAIJO inside the post office mailing the parcel. The photographs were downloaded and preserved as evidence. Agents relayed this information to USPS Inspectors in New York, who then began to track the location of the parcel.

11.     On June 1, 2021, USPS Inspectors in New York seized the parcel with label tracking number 9505 5118 0514 1149 5185 97. On June 3, 2021, agents from the DEA and USPS Inspectors established surveillance in the area of 289 Park Ave, Williston Park, NY and conducted a controlled delivery of this parcel. After several hours, a male arrived at this residence in a vehicle, retrieved the parcel from the front door, and entered the residence. A short time later, agents observed the same vehicle depart from the residence. Agents followed the vehicle until it arrived to the Nassau County Police Department located at 214 Hillside Ave, Williston Park, NY and parked. Agents identified themselves as law enforcement to the male who exited the vehicle with the above referenced parcel. The male turned over the parcel to agents and during a consensual interview, he advised the parcel was delivered to his residence; however, it did not belong to him. As a result of information obtained during the consensual interview, no arrest was

6

made. Upon opening the parcel, agents recovered approximately 2,000 round blue pills in a clear plastic bag. These pills were sent to the DEA Northeast Lab and chemical analysis of a sample of the pills confirmed the pills to contain fentanyl, with a gross weight of 274.5 grams.

12.     On June 3, 2021, at the direction of agents, the CS continued to communicate with FRAIJO at telephone number (602) 394-XXXX and discussed the CS introducing another person, a PBSO undercover agent ("UC") to FRAIJO to assist the CS in the future payment of and distribution of illegal substances purchased from FRAIJO. Over the course of several days, FRAIJO agreed to deal with the UC and the CS informed FRAIJO that the UC was interested in purchasing two pounds of crystal methamphetamine from him (FRAIJO).

13.     Between the dates of June 8, 2021 and June 11, 2021, the UC exchanged multiple text messages with telephone number (602) 394-XXXX, utilized by FRAIJO to arrange the UC's purchase of additional quantities of crystal methamphetamine. Ultimately, the UC and FRAIJO agreed that the UC would send FRAIJO $5,000 to purchase two pounds of crystal methamphetamine. On June 11, 2021, agents packaged $5,000 derived from the USPS investigative funds, into a USPS parcel and mailed it to FRAIJO at XXXX N. 69th Ave, Unit 59 Phoenix, AZ 85033, the address which FRAIJO had provided to the UC. On this same date at approximately 3:51 p.m., the UC sent a text message to telephone number (602) 394-XXXX, utilized by FRAIJO, advising him that the $5,000 had been sent and provided the parcel label tracking number. A short time later, the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "Sounds perfect I'll get those ready for you."

14.     On June 14, 2021 at approximately 8:32 p.m., the CS received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "Just got

your ppl mail bro. everything good on there side I'll be doing that Wednesday for them just text him for a address." Around the same time, the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "Just got home got it already. Send me a Address we're you want me to put that I'll be doing that Wednesday morning." Agents understood these text messages to be confirmation that FRAIJO had received the $5,000 of investigative funds and was preparing to mail the two pounds of crystal methamphetamine as previously discussed. The UC replied to FRAIJO and provided an undercover address where he was to mail the crystal methamphetamine.

15.     Based on FRAIJO's representation that he would send a USPS parcel containing crystal methamphetamine on Wednesday, agents established surveillance at FRAIJO's residence located at XXXX N 69th Ave, Apartment 59, Phoenix, AZ on June 16, 2021 at approximately 7:15 a.m.  Upon arrival at this location, agents observed a 2008 Ford F-150 truck bearing Arizona license plate CVX0483 parked in front of apartment 59.  Records obtained from the State of Arizona revealed this vehicle to be registered to FRAIJO and a female at XXXX Coolidge Street, Phoenix, AZ.

16.     On the same date at approximately 12:01 p.m., agents observed the F-150 back out of the parking space and leave the area.  Agents followed the F-150 as it departed and as they did so, agents were able to identify FRAIJO, who was not wearing a mask or facial covering, as the driver and sole occupant of the vehicle. Agents followed FRAIJO as he stopped momentarily to utilize a Chase Bank ATM, and then to the USPO located 4415 N. Maryvale Parkway, Phoenix, AZ.

17.     Agents observed FRAIJO as he walked from the F-150 carrying an item(s) under his left arm, and entered the post office. Agents noted that upon exiting the F-150, FRAIJO was

wearing a facial covering which concealed the lower portion of his face, and dark framed glasses. FRAIJO's physical appearance, the dark framed glasses, and the facial covering were consistent with agents' earlier observations of the male believed to be FRAIJO who mailed the two above noted parcels from this same USPO on May 20, 2021 and May 29, 2021, which were seized by law enforcement and found to contain methamphetamine and fentanyl. Once inside, FRAIJO was observed packing the item(s) he had brought with him into a box. FRAIJO then completed a mailing label, entered the customer line and paid to mail the parcel (label tracking number 9505 5118 0513 1167 454687). FRAIJO exited the post office, re-entered the driver's seat of the F-150 and left the area. As part of this investigation, Postal Inspectors recovered still photographs of FRAIJO at the USPO on this day. The photographs were downloaded and preserved as evidence. Review of USPS business records revealed a number of unique devices or individuals queried the delivery status of the USPS parcel with label tracking number of 9505 5118 0513 1167 454687 on multiple dates and times.

18.     On this same day, at approximately 3:30 p.m., the UC received an incoming text message from (602) 394-XXXX, utilized by FRAIJO, which contained a photo of the USPS parcel sent by FRAIJO. A short time later, the UC received an incoming text message, which contained the above referenced tracking number, as well as the date when the parcel was scheduled to arrive.

19.     Based upon this information, Postal Inspectors tracked the progress of the parcel and confirmed that it was delivered to the UC's confidential address in the Southern District of Florida on **June 19, 2021**. On this same date at approximately 3:38 p.m., the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "That's ready to get pick up vejo." The UC responded and advised he received the package. FRAIJO responded and acknowledged that he (FRAIJO) forgot to include a free sample of M-30

9

pills, which were referred to as "blues" in the text message. FRAIJO assured the UC that he (FRAIJO) would be sending a sample of the pills in the near future.

20.     On June 21, 2021, the above referenced parcel with label #9505 5118 0513 1167 454687 was seized by law enforcement and was found to contain a substance determined by the DEA Southeast lab to be **methamphetamine hydrochloride, weighing approximately 896.9 grams with a purity of approximately 97%, resulting in 869.9 grams of methamphetamine (actual).**

21.     Between the dates of June 21, 2021 and June 24, 2021 the UC continued to exchange text messages with telephone number (602) 394-XXXX, utilized by FRAIJO, wherein FRAIJO agreed to send the UC a sample of what agents believed to be fentanyl pills. On June 24, 2021 at approximately 7:27 p.m., the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which listed label tracking #EJ821405158US. The UC acknowledged the text message and then received another incoming text message which read, "If you guys like it there's a lot of that here." A short time later, the UC received another incoming text message which read, "Whenever you guys need more of the other stuff just let me know so we can get that ready as well." Agents believe "the other stuff" was a reference to crystal methamphetamine which FRAIJO had previously sold to the CS and the UC. As part of this investigation, Postal Inspectors recovered still photographs of FRAIJO at the USPO in Phoenix, AZ when the parcel with label #EJ821405158US was mailed to the UC. The photographs were downloaded and preserved as evidence. Review of USPS business records revealed a number of unique devices or individuals queried the delivery status of the USPS parcel with label tracking number of EJ821405158US on multiple dates and times. According to records obtained from Cox

Communications, an IP address that was used to track the parcel with label tracking number EJ821405158US was assigned to the customer account of FRAIJO.

22.     On June 26, 2021, the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which contained a photo of the delivery confirmation of the parcel with label tracking number EJ821405158US. USPS Inspectors confirmed that the parcel had arrived at the UC's address.  On June 28, 2021, agents seized the parcel from the UC's address and upon opening the parcel, agents discovered several round blue pills.  These pills were submitted to the PBSO Crime Laboratory for analysis and were determined to be fentanyl.

23.     On July 8, 2021, the UC exchanged a series of text messages with telephone number (602) 394-XXXX, utilized by FRAIJO, to discuss the UC purchasing additional amounts of crystal methamphetamine and fentanyl pills from FRAIJO. Specifically, the UC sent FRAIJO a text message which read, "Sobrino my peoples want 1 lbs and 1000." This text referenced one pound of crystal methamphetamine and 1,000 fentanyl pills. The UC and FRAIJO continued to exchange text messages wherein they agreed on a price of $7,500 for the above described substances ($5,000 for the 1,000 fentanyl pills and $2,500 for the one pound of crystal methamphetamine). A short time later, the UC received an incoming text message from FRAIJO which read, "By when would you guys need that," to which the UC replied, "By next week."

24.     On July 9, 2021 the UC sent an outgoing text message to telephone number (602) 394-XXXX, utilized by FRAIJO which read, "Money is on deck...ill have the tracking number in a few minutes. Were you able to get those things (referring to fentanyl pills and crystal methamphetamine previously discussed on July 8, 2021)." A few minutes later, the UC received an incoming text message from FRAIJO which read, "I can get that today after work." Agents

11

understood this text message to mean that FRAIJO would obtain the fentanyl pills and crystal methamphetamine that day after work.

25.    Based on this information, on July 9, 2021, agents packaged $7,500 of DEA Official Advanced Funds (OAF) and sent the OAF via USPS to FRAIJO's residence located at XXXX N. 69th Ave, Apartment 59, Phoenix, Arizona, an address which was previously provided to the UC by FRAIJO. On this same date, at approximately 11:49 a.m., the UC sent a text message to FRAIJO advising him that the currency had been sent and the UC provided FRAIJO with the USPS tracking number 9505 5100 5251 1190 7556 51 related to the parcel containing the U.S. currency. A short time later, the UC received an incoming text message from FRAIJO wherein he acknowledged that the UC had sent payment.

26.    On July 11, 2021, the UC sent an outgoing text message to telephone number (602) 394-XXXX, utilized by FRAIJO, asking if FRAIJO had received the U.S. currency. FRAIJO responded and advised the UC that it was scheduled to arrive the following day. Between July 12, 2021 and July 14, 2021, the UC and FRAIJO continued to exchange text messages to discuss when FRAIJO would be sending the UC the one pound of crystal methamphetamine and 1,000 fentanyl pills previously discussed, and for which FRAIJO had already accepted payment from the UC.

27.    On July 14, 2021 at approximately 1:29 p.m., the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "On my way there rite now." Agents believed this text message to be a reference to FRAIJO going to the USPO to ship the drugs.  The UC acknowledged and on this same date at approximately 2:28 p.m., the UC received another incoming text message from FRAIJO which read, "Sending tracking number rite now."  A short time later, the UC received an incoming text message, which contained the

USPS label tracking number EJ249263382US. The UC acknowledged and told FRAIJO he would be in touch.

28.    Based on the tracking number provided by FRAIJO, USPS Inspectors determined the parcel with the above referenced tracking number was sent from the USPO located 6537 N. 55th Ave, Glendale, Arizona and was scheduled to arrive to the UC's address on July 15, 2021. As part of this investigation, USPS Inspectors recovered photographs of FRAIJO while he was inside the post office preparing and mailing the parcel. These photos were downloaded and preserved as evidence. According to USPS records, after the parcel was sent by FRAIJO from Glendale, AZ, it was scanned at the Phoenix, AZ postal plant and then no other information was available. The USPS later determined that the parcel had been lost or stolen.

29.    July 15, 2021, the UC received an incoming message from telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "Everything looks good vejo." The UC responded and in summary advised FRAIJO that things were not good, due to the fact the package had not arrived as scheduled. Over the next several days, the UC and FRAIJO exchanged numerous text messages wherein they discussed the package being lost and FRAIJO's willingness to send another package containing one pound of crystal methamphetamine and 1,000 fentanyl pills to replace the lost/stolen package. During this exchange of text messages, FRAIJO asked the UC for an alternative address to mail the replacement package, and assured the UC that he would send a replacement parcel containing crystal methamphetamine and fentanyl. The UC acknowledged FRAIJO.

30.    On July 21, 2021 at approximately 9:23 a.m., the UC sent an outgoing text message to telephone number (602) 394-XXXX, utilized by FRAIJO, which read," Here go Sobrino. new address- (undercover address)." FRAIJO acknowledged and advised they were getting it together.

13

The same day at approximately 3:39 p.m., the UC received an incoming text message from FRAIJO which read, "EJ821410538US." The UC understood this number provided by FRAIJO to be the USPS label tracking number associated with the USPS parcel sent by FRAIJO. A short time later, the UC responded, "Sobrino straight. Both the ice and candies are in there." FRAIJO responded, "Correct the candies n ice." It should be noted that "candies" was a reference to the fentanyl pills and "ice" was a reference to crystal methamphetamine.

31.     According to USPS records, the parcel with the above referenced label tracking number was mailed from the USPO located at 4415 N. Maryvale Parkway, Phoenix, AZ. Inspectors recovered several photographs of FRAIJO inside the post office on this day and mailing the parcel. As with the previous shipments, FRAIJO was wearing a mask which covered the lower portion of his face.  These photographs were downloaded and preserved as evidence.

32.     On the same day, USPS Inspectors in Phoenix, AZ seized the USPS parcel with the above reference tracking number sent by FRAIJO. Despite this seizure, the parcel tracking number remained within the USPS system, so as not to alert FRAIJO to the seizure by law enforcement. Upon opening the parcel with various types of packing material, agents located a vacuum sealed bag containing a hard-off white crystalline substance and a clear plastic bag containing approximately 1,000 round blue pills marked "M30."  These substances were submitted to the DEA Southeast Laboratory for analysis and were determined to be **methamphetamine hydrochloride with a purity of 100% and a net weight of 445.8 grams** and **fentanyl, with a net weight of 108.8 grams**.

33.     On July 22, 2021 at approximately 2:45 p.m., the UC received an incoming text message from telephone number (603) 294-XXXX, utilized by FRAIJO, which read, "I believe is there already that's why is green if you wanna have your ppl go pick it up." On the same day at

14

approximately 3:56 p.m., the UC sent a reply to FRAIJO which read, "Got it Sobrino. Thanks again. I'll be hitting you up soon." FRAIJO replied, "Your welcome glad you got it."

34.     Between the dates of September 8, 2021 and September 19, 2021, the UC exchanged several text messages with telephone number (602) 394-XXXX, utilized by FRAIJO, wherein they discussed the UC's intent to purchase additional amounts of fentanyl pills, referred to as "candies" and crystal methamphetamine, referred to as "ice" in exchange for $7,500. Ultimately, FRAIJO confirmed that he had acquired both substances and directed the UC to send payment to him at the same address. On September 19, 2021, agents packaged $7,500 in USC derived from the FBI investigative funds and mailed it to FRAIJO's residence at 3646 N. 69th Ave, Apartment 59, Phoenix, AZ. On this same date, the UC sent an outgoing text message to telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "Here you go. EJ803558719US." A short time later, the UC received an incoming text message from FRAIJO which read, "Perfect ill have them get that ready for you."

35.     On September 20, 2021 at approximately 11:02 p.m., the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which acknowledged his (FRAIJO's) receipt of the money sent by the UC.  The UC and FRAIJO then exchanged messages to discuss when FRAIJO would send the 1,000 fentanyl pills and one pound of crystal methamphetamine to the UC.

36.     On September 25, 2021, the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "I need a address viejo. (Confidential Address). Is it going to that one??" FRAIJO then sent a photograph of the actual parcel and a short time later, the UC received an incoming text message which read, "9505-5118-0511-1268-5270-39." The UC understood this to be the USPS label tracking number for the parcel containing

additional amounts of crystal methamphetamine and fentanyl pills. As part of this investigation, USPS Inspectors recovered photographs of FRAIJO while he was inside the post office mailing the parcel. FRAIJO was not wearing a mask or facial covering on this date. These photos were downloaded and preserved as evidence

37.     On September 27, 2021, USPS Inspectors verified that the parcel with the above referenced tracking number had arrived at the UC's address. On the same day, at approximately 10:50 a.m., the UC received an incoming text message from telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "Is ready to get pick up vejo." A short time later the UC then received an incoming text from FRAIJO which contained a screenshot image from the USPS Tracking system, which showed the tracking number and that the parcel was available for pick up.

38.     On September 28, 2021, the UC sent an outgoing text message to telephone number (602) 394-XXXX, utilized by FRAIJO, which read, "Sobrino got it. Thank you." On the same day, inspectors seized the parcel sent by FRAIJO. Despite this seizure, the parcel tracking number remained within the USPS system, so as not to alert FRAIJO to the seizure by law enforcement. Upon opening the parcel (a brown box, which matched the box shown in the image previously sent by FRAIJO to the UC), inspectors discovered within various packing materials a vacuum sealed bag, which contained a hard-white crystalline substance, which field tested positive for methamphetamine and a clear plastic bag containing an estimated 1,000 round blue pills suspected to be fentanyl. These substances have been submitted to the DEA Southeast Lab for chemical analysis. Agents are currently awaiting the results of such analysis.

39.     During the course of the above described investigation, agents reviewed financial records obtained from JP Morgan Chase pursuant to a Grand Jury Subpoena, related to Chase Total Checking account number 228972771 for the time period of January 1, 2021 through July 26,

2021, belonging to FRAIJO.    Review of these account records revealed that in addition to $13,182.79 in payroll credits from Rowley and Sons, FRAIJO's account received $12,240 in Zelle payments, $23,616 in cash ATM deposits and $7,967.07 in check ATM deposits. With respect to the Zelle payments made to FRAIJO's account over the seven-month period, the payments were made from several different individuals and ranged from $15 to $2,000. Based upon FRAIJO's acceptance of funds from the CS utilized in this case, which were in furtherance of FRAIJO's drug trafficking activities, and your affiant's knowledge, training and experience, it is reasonable to believe that FRAIJO accepted similar payments through Zelle from other individuals to further his drug trafficking.

40.    With respect to the cash ATM deposits into FRAIJO's account, these deposits were made at five different banking locations in Glendale and Phoenix Arizona.  The source of these cash deposits are unknown and suspicious.  Additionally, the use of multiple banking locations to make such deposits is a tactic often used by individuals such as FRAIJO involved in drug trafficking and the laundering of drug proceeds, in an attempt to maintain anonymity and to conceal illegitimate income.

41.    Finally, with respect to the review of cash deposits, bank records revealed that several of the deposits coincided with FRAIJO's acceptance of payments from both the CS and the UC utilized during the course of this investigation.  Specifically, on May 20, 2021, a $450 ATM cash deposit was made to FRAIJO's account.  This deposit occurred one day after FRAIJO acknowledged the receipt of $500 from the CS as partial payment for crystal methamphetamine. On June 15, 2021, a $3,220 ATM cash deposit and a $1,420 ATM cash deposit were made to FRAIJO's account.    These deposits, totaling $4,640, occurred one day after FRAIJO acknowledged receipt of $5,000 from the UC as payment for crystal methamphetamine. Finally,

17

on July 12, 2021 and July 14, 2021, six ATM cash deposits totaling $7,300 were made to FRAIJO's

account at two different ATM locations. These deposits made on June 12, 2021 totaling $6,000

occurred one day after FRAIJO acknowledged receipt of $7,500 from the UC as payment for

crystal methamphetamine and fentanyl. The deposits made on June 14, 2021, totaling $1,300

occurred only two days after FRAIJO acknowledged receipt of $7,500 from the UC as payment

for crystal methamphetamine and fentanyl.

## CONCLUSION

42.     Therefore, based on the facts and information set forth in this affidavit, I

respectfully submit that there is probable cause to believe that FRAIJO committed the offenses of

distribution of 50 grams or more of methamphetamine (actual) on or about May 21, 2021, and June

19, 2021, and attempted distribution of 50 grams or more of methamphetamine (actual) and 40

grams or more of a mixture and substance containing a detectable amount of fentanyl on July 21,

2021, all in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER YOUR AFFIANT SAITH NAUGHT.

MICHELLE ROMAGNOLI
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Sworn and Attested to me by Applicant by Telephone (Facetime) Pursuant to Fed. R. Crim. P.
4(d) and 4.1 this 5th day of November 2021.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-8431-BER

UNITED STATES OF AMERICA

v.

**CARLOS HUMBERTO FRAIJO**

Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     ___ Yes  ✔ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     ___ Yes  ✔ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     ___ Yes  ✔ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:  *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:      (561) 820-8777
Email:   RTribuiani@usa.doj.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 21-8431-BER

### BOND RECOMMENDATION

DEFENDANT: CARLOS HUMBERTO FRAIJO

**Pre-Trial Detention**
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Rinku Tribuiani*
AUSA:   Rinku Tribuiani

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):      SA Michelle Romagnoli
(FBI)   (SECRET SERVICE)   **(DEA)**   (IRS)  (ICE) (OTHER)